1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   JUSTIN L. MARTIN, Missouri State Bar No. 62255
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235-6401
7  Telephone: (206) 615-3735
   Email: Justin.L.Martin@ssa.gov
8
9  Attorneys for Defendant
10
11
12                    UNITED STATES DISTRICT COURT
13                    EASTERN DISTRICT OF CALIFORNIA
14                           FRESNO DIVISION
15
16  DARICK P. PETRIK,                )   CIVIL NO. 1:23-cv-01494-GSA
                                     )
17          Plaintiff,               )   STIPULATION TO VOLUNTARY
                                     )   REMAND PURSUANT TO SENTENCE
18       v.                          )   FOUR OF 42 U.S.C. § 405(g) AND TO
                                     )   ENTRY OF JUDGMENT; ORDER
19  MARTIN O'MALLEY,                 )
    Commissioner of Social Security, )
20                                   )
            Defendant.               )
21  _____ )

22       IT IS HEREBY STIPULATED by and between the parties, through their undersigned

23  attorneys, and with the approval of the Court, that this action be remanded for further

24  administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

25  § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

26  administrative law judge (ALJ) for a new decision. The parties further request that the Court

27

28

direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against

Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE:  December 20, 2023                    */s/ Meghan O. Lambert\**
                                           MEGHAN O. LAMBERT
                                           Attorney for Plaintiff
                                           *Authorized via e-mail on December 20, 2023


                                           PHILLIP A. TALBERT
                                           United States Attorney

                                           MATHEW W. PILE
                                           Associate General Counsel
                                           Office of Program Litigation, Office 7

DATE: December 20, 2023         By:    */s/ Justin L. Martin*
                                       JUSTIN L. MARTIN
                                       Special Assistant United States Attorney
                                       Office of Program Litigation, Office 7

                                       Attorneys for Defendant

## ORDER

As stipulated, this case is remanded to the Commissioner of Social Security for further

proceedings pursuant to 42 U.S.C. § 405(g) sentence four. On remand, the Appeals Council will

remand the case to an administrative law judge for a new decision.

The Clerk is directed to enter judgment for Plaintiff.


IT IS SO ORDERED.

Dated:   **December 20, 2023**              _____ **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE