Meghan O. Lambert, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: 412-794-8003
mlambert@obl.law
CA Bar ID: 258040

Attorney for Plaintiff, Darick Petrik

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARICK PETRIK,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.  1:23-cv-01494-GSA<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of ONE THOUSAND, ONE HUNDRED SEVENTY-FIVE DOLLARS and 44/100 ($1,175.44) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). Plaintiff attests his net worth has not exceeded, $2,000,000.00, at the time of the filing of this civil action nor at the present.

-1-

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Meghan O. Lambert, at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of ONE THOUSAND, ONE HUNDRED SEVENTY-FIVE DOLLARS and 44/100 ($1,175.44) in EAJA attorney fees. These payments shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Meghan O. Lambert, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: 02/12/24                              /s/ Meghan O. Lambert
                                             MEGHAN O. LAMBERT
                                             Attorney for Plaintiff


Dated: 02/12/24                              PHILLIP A. TALBERT
                                             United States Attorney
                                             MATHEW W. PILE
                                             Associate General Counsel
                                             Office of Program Litigation, Office 7

                                        By:  */s/ Justin L. Martin\**
                                             JUSTIN L. MARTIN
                                             Special Assistant U.S. Attorney
                                             Attorneys for Defendant
                                             (*Permission to use electronic signature
                                             obtained via email on 02/12/24).

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:  **February 13, 2024**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

-3-